# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOSEPHINE BEAULIEU,**

    **Plaintiff,**

vs.                                           **CASE NO. 6:15-cv-2116-PGB-GJK**

**WELLS FARGO BANK, N.A.,**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

COMES NOW defendant Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Josephine Beaulieu against Wells Fargo.

As a result of the settlement, Wells Fargo requests that this Honorable Court vacate all dates currently set on the calendar for this matter and give the parties thirty (30) days to file the necessary dismissal papers.

Respectfully submitted this 8th day of July, 2016.

                                                                 */s/ R. Frank Springfield*
                                                                  R. Frank Springfield (FL Bar # 0010871)
                                                                  Jacqueline Simms-Petredis (FL Bar # 0906751)
                                                                   BURR & FORMAN LLP
                                                                   201 North Franklin Street, Suite 3200
                                                                   Tampa, Florida  33602
                                                                   Telephone:  (813) 221-2626
                                                                   Facsimile:  (813) 357-3534
                                                                   fspringfield@burr.com
                                                                   jsimms-petredis@burr.com

                                                                   Eric J. Troutman (PHV)
                                                                   Divya S. Gupta (PHV)

27738210 v1

DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, California  92626-7655
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499
troutman.eric@dorsey.com
gupta.divya@dorsey.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

2

27738210 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of July, 2016, I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on the following counsel of record:

Amanda Allen
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, Florida  33609
Amanda@TheConsumerProtectionFirm.com
Nancy@TheConsumerProtectionFirm.com

Jared M. Lee
Morgan & Morgan, Tampa, P.A.
20 N. Orange Ave., Ste. 1600
Orlando, Florida  32801
JLee@ForThePeople.com

      */s/ R. Frank Springfield*
      Of Counsel

27738210 v1